1  **ROBERT ISHIKAWA - 90621**
   5713 N. West Avenue, # 101
2  Fresno, California 93711
   Telephone: (559) 432-9610
3
   Attorney for Theresa Lira-Iniquez
4

5
                    IN THE UNITED STATES DISTRICT COURT FOR THE
6
                         EASTERN DISTRICT OF CALIFORNIA
7

8
   THERESA LIRA-INIQUEZ,              )   1:07-CV-01054 OWW GSA
9                                     )
              Plaintiff,               )
10                                     )
         v.                            )   STIPULATION AND ORDER TO
11                                     )   EXTEND TIME
   MICHAEL J. ASTRUE,                  )
12  Commissioner of Social Security,    )
                                       )
13            Defendant.                )
   _____)
14
         Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due
15
   March 21, 2008, and is therefore requesting until April 21, 2008 to file her opening brief.
16

17
   Dated: March __20__, 2008         /S/ THOMAS V. MILES for
18                                   _____
                                     ROBERT ISHIKAWA
19                                   Attorney for Plaintiff, THERESA LIRA-INIQUEZ

20  Dated: March __21__, 2008        /S/ SHEA BOND
21                                   _____
                                     SHEA BOND
22                                   Assistant Regional Counsel

23       IT IS SO ORDERED.

24       Dated:  **March 24, 2008**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                           1