**ROBERT ISHIKAWA - 90621**
5713 N. West Avenue, # 101
Fresno, California 93711
Telephone: (559) 432-9610

Attorney for Theresa Lira-Iniquez

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LIRA-INIQUEZ,   )<br>                                              )<br>          Plaintiff,           )<br>                                              )<br>          v.                        )<br>                                              )<br> MICHAEL J. ASTRUE,      )<br> Commissioner of Social Security,  )<br>                                              )<br>          Defendant.         )<br> _____) | 1:07-CV-01054 OWW GSA<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due April 21, 2008, and is therefore requesting until May 21, 2008 to file her opening brief.

Dated: April __21__, 2008          /S/ THOMAS V. MILES for
                                                    _____
                                                    ROBERT ISHIKAWA
                                                    Attorney for Plaintiff, THERESA LIRA-INIQUEZ

Dated: April __21__, 2008          /S/ SHEA BOND
                                                    _____
                                                    SHEA BOND
                                                    Assistant Regional Counsel

IT IS SO ORDERED.

   Dated:  __April 22, 2008__             __/s/ Gary S. Austin__
                                                    UNITED STATES MAGISTRATE JUDGE

1