# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LIRA-INIGUEZ,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>           Defendant. | 1:07-cv-01054 OWW GSA<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS DATED SEPTEMBER 22, 2008<br><br>(Document 26) |

    Plaintiff Theresa Lira-Iniguez ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits and Supplemental Security Income ("SSI") pursuant to Titles II and XVI of the Social Security Act. On September 22, 2008, the undersigned issued findings and recommendations to the District Court, which recommended that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be reversed and that the case be remanded to the ALJ for further proceedings. After further consideration, the Court HEREBY VACATES the findings and recommendations issued on September 22, 2008.

    IT IS SO ORDERED.

    **Dated:**   **March 19, 2009**             **/s/ Gary S. Austin**

1

UNITED STATES MAGISTRATE JUDGE